UNITED STATES of America, Plaintiff-Appellee

v.

Walter Alberto MEJIA–RUIZ, Defendant-Appellant.

No. 04–10904.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Feb. 21, 2006.

Delonia Anita Watson, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Plaintiff-Appellee.

Before KING, WIENER and DeMOSS, Circuit Judges.

PER CURIAM: *

Walter Alberto Mejia–Ruiz (Mejia) appeals his sentence following his guilty plea conviction for illegal reentry. He argues that the district court reversibly erred under *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), by sentencing him pursuant to a mandatory application of the Sentencing Guidelines. The Government concedes that Mejia has preserved this issue for appeal. The Government, however, has not shown beyond a reasonable doubt that the error was harmless. *See United States v. Walters*, 418

---

F.3d 461, 463–64 (5th Cir.2005). Accordingly, Mejia's sentence is vacated, and this case is remanded for resentencing.

CONVICTION AFFIRMED; SENTENCE VACATED; REMANDED FOR RESENTENCING.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.